UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN WRIGHT CARTER, | No. 2:15-cv-2099-EFB P |
| Petitioner, | |
| v. | ORDER |
| STU SHERMAN, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] He has filed an application for leave to proceed in forma pauperis. His application shows that he is unable to afford the costs of suit and, accordingly, the application is granted. *See* 28 U.S.C. § 1915(a).

Under Rule 4 of the Rules Governing Section 2254 Cases, the court is required to conduct a preliminary review of all petitions for writ of habeas corpus filed by state prisoners. The court must summarily dismiss a petition if it "plainly appears . . . that the petitioner is not entitled to relief . . . ." The court has conducted the review required under Rule 4.

Petitioner challenges state court decisions denying his post-conviction motions for discovery. ECF No. 1. Under 28 U.S.C. § 2254(a) this court can consider a petition for writ of

---

[1] This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

habeas corpus by a person in state custody "only on the ground that he is in custody in violation of the Constitution [or other federal law]." Because there is no claim before the court that petitioner is in custody in violation of federal law, the court cannot entertain the petition filed by petitioner. For these reasons, petitioner's petition for a writ of habeas corpus will be summarily dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis (ECF No. 7) is granted.

2. Petitioner's application for writ of habeas corpus is summarily dismissed.

3. The court declines to issue a certificate of appealability.

DATED: January 11, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2